**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: May 2, 2011 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **11-cv-01012-WYD-KLM**          <u>Counsel:</u>

**CGC HOLDING COMPANY, LLC, a
Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC,
a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois
limited liability company; and
JAMES T. MEDICK; on behalf of
themselves and all others similarly
situated**,                                                                John F. Head

           Plaintiffs,

v.

**SANDY HUTCHENS, a/k/a Fred Hayes,**           John A. Chanin
**a/k/a Moishe Alexander, a/k/a Moshe Ben**     Brett M. Wendt
**Avraham, et al.**,                                                        Michael Bonifazi

           Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**2:12 p.m.**          Court in Session

                         APPEARANCES OF COUNSEL.

                         Court's opening remarks.

-1-

        Plaintiffs' Motion for an Order Freezing Certain Assets Held by Defendants Sandy Hutchens, Tanya Hutchens, Jennifer Hutchens, Canadian Funding Corporation, 308 Elgin Street Inc., First Central Mortgage Funding Inc., First Central Holdings Inc., and Doe Limited 1 – 100 (ECF Doc. #5), filed April 21, 2011, is raised for argument.

| | |
|---|---|
| 2:14 p.m. | Argument by Plaintiffs (Mr. Head). |
| 2:20 p.m. | Argument by Defendants (Mr. Chanin). |
| 2:25 p.m. | Argument by Plaintiffs (Mr. Head). |
| 2:26 p.m. | Argument by Defendants (Mr. Chanin). |
| 2:29 p.m. | Argument by Plaintiffs (Mr. Head). |
| 2:30 p.m. | Argument by Defendants (Mr. Bonifazi). |
| 2:34 p.m. | Argument by Defendants (Mr. Chanin). |
| 2:38 p.m. | Argument by Plaintiffs (Mr. Head). |
| 2:44 p.m. | Argument by Defendants (Mr. Chanin). |
| 2:47 p.m. | Argument by Plaintiffs (Mr. Head). |

**ORDERED:** Plaintiffs' Motion for an Order Freezing Certain Assets Held by Defendants Sandy Hutchens, Tanya Hutchens, Jennifer Hutchens, Canadian Funding Corporation, 308 Elgin Street Inc., First Central Mortgage Funding Inc., First Central Holdings Inc., and Doe Limited 1 – 100 (ECF Doc. #5), filed April 21, 2011, is **DENIED.**

**ORDERED:** Parties shall meet and confer to discuss the filing of a motion for preliminary injunction and briefing schedule.

**3:01 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :49**