IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01012-WYD-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK;
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham;
TANYA HUTCHENS;
JENNIFER HUTCHENS, a/k/a Jennifer Araujo;
CANADIAN FUNDING CORPORATION; an Ontario corporation;
308 ELGIN STREET INC., an Ontario corporation;
FIRST CENTRAL MORTGAGE FUNDING INC., an Ontario corporation;
FIRST CENTRAL HOLDINGS INC., an Ontario corporation;
BARRY J. POULSON;
ARSENAU POULSON, a partnership;
ALVIN MEISELS;
BLANEY McMURTRY LLP, an Ontario limited liability partnership;
REZNICK, PARSONS, MEISELS, TABERNER, a partnership;
RONALD GACHE;
BROAD AND CASSEL, a partnership
H. JAN LUISTERMANS, a/k/a Herman Luisterman;
REALTY 1 REAL ESTATE SERVICES LTD, an Ontario corporation; and
DOE LIMITED 1 – 100,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    "Defendants' Broad and Cassel and Ronald Gaché Unopposed Motion for Leave to File Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted and for Partial Abstention and Motion for Dismiss for Lack of Personal Jurisdiction in Excess of Page Limitations" filed June 30, 2011 (ECF No. 77) is

**GRANTED**.  Defendants' Broad and Cassel and Ronald Gaché Motion for Lack of Personal Jurisdiction and Motion to Dismiss for Failure to State a Claim and for Partial Abstention (ECF Nos. 72 and 75) are **ACCEPTED FOR FILING**.

Also, Poulson Defendants' Unopposed Motion for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction in Excess of Page Limitations filed June 30, 2011 (ECF No. 73) is **GRANTED**.  Poulson Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 74) is **ACCEPTED FOR FILING**.

Dated:  June 30, 2011