IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01012-WYD-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK;
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham, *et al.*,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion for Extension of Time to File Reply Briefs in Support of Broad and Cassel Defendants' Motions to Dismiss filed September 9, 2011 (ECF No. 109) is **GRANTED**. The Broad and Cassel Defendants have up to and including **Thursday, September 22, 2011**, in which to file their reply briefs.

    Also, the Poulson Defendants' Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction in Excess of Page Limitations filed September 14, 2011 (ECF No. 110) is **GRANTED**. The Poulson Defendants' Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 111) is accepted for filing.

    Dated: September 14, 2011