IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01012-WYD-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK;
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham, *et al.*,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    "The Hutchens Defendants' Unopposed Joinder Motion to Broad and Cassel Defendants' Unopposed Motion for Extension of Time to File Reply Briefs [Docket 109]" filed September 20, 2011 (ECF No. 117) is **GRANTED**. The Hutchens Defendants have up to and including **Thursday, September 22, 2011**, in which to file their reply briefs.

    Also, Defendants Alvin Meisels and Blaney McMurtry LLP's Unopposed Motion for Leave to File Their Reply in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction in Excess of Page Limitations filed September 19, 2011 (ECF No. 115) is **GRANTED**. The Reply to Defendants Alvin Meisels' and Blaney McMurtry LLP's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (ECF No. 114) is accepted for filing.

    Dated: September 21, 2011