IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPLANY, LLC, a Colorado limited liability company,
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company,
HARLEM ALGONQUIN LLC, an Illinois limited liability company, and
JAMES T. MEDICK, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

SANDY HUTCHENS, aka, Fred Hayes, aka Moishe Alexander, aka Moshe Ben Avraham,
TANYA HUTCHENS,
JENNIFER HUTCHENS, aka Jennifer Araujo,
CANADIAN FUNDING CORPORATION, an Ontario corporation,
308 ELGIN STREET INC., an Ontario corporation,
FIRST CENTRAL MORTGAGE FUNDING INC., an Ontario corporation,
FIRST CENTRAL HOLDINGS INC., an Ontario corporation,
BARRY J. POULSON,
ARSENAU POLSON, a partnership,
ALVIN MEISELS,
BLANEY McMURTRY, LLP, an Ontario limited liability partnership,
REZNICK, PARSONS, MEISELS, TABERNER,  partnership,
RONALD GACHE,
BROAD AND CASSEL, a partnership,
H. JAN LUISTERMANS, aka Herman Luisterman,
REALTY 1 REAL ESTATE SERVICES, LTD, an Ontario corporation, and
DOE LIMITED 1-100.

   Defendants.

---

ORDER TO SET SCHEDULING CONFERENCE

---

   This matter comes before the Court *sua sponte.*  The parties are ordered to set an initial

scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and

D.C.COLO.LCivR 16.1 within forty-five days of service of this order. Each party's lead trial

counsel shall attend the conference.  The conference shall be held in Courtroom

A-702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff's

counsel should contact Mary DeRosa by telephone at (303) 844-4694 to obtain possible

dates and times for the conference. Plaintiff's counsel is directed to confer with the other parties

and then follow up with Ms. DeRosa to confirm the agreed upon date and time of the scheduling

conference.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying

the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered.  The proposed scheduling order, which should be

prepared as described in Appendix F to the local rules, should be tendered no later than five days

before the scheduling conference.  The proposed scheduling order should set forth the parties'

agreement or their respective positions on the matters set forth in Appendix F.  A copy of

instructions for the preparation of a scheduling order and a form scheduling order can be

downloaded from the Court's website (http://www.cod.uscourts.gov/Forms.aspx).

DATED this 1st day of November, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge