IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPLANY, LLC, a Colorado limited liability company,
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company,
HARLEM ALGONQUIN LLC, an Illinois limited liability company, and
JAMES T. MEDICK, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

SANDY HUTCHENS, aka, Fred Hayes, aka Moishe Alexander, aka Moshe Ben Avraham,
TANYA HUTCHENS,
JENNIFER HUTCHENS, aka Jennifer Araujo,
CANADIAN FUNDING CORPORATION, an Ontario corporation,
308 ELGIN STREET INC., an Ontario corporation,
FIRST CENTRAL MORTGAGE FUNDING INC., an Ontario corporation,
FIRST CENTRAL HOLDINGS INC., an Ontario corporation,
ALVIN MEISELS,
BLANEY McMURTRY, LLP, an Ontario limited liability partnership,
RONALD GACHE,
CARL ROMANO,
BROAD AND CASSEL, a partnership,
H. JAN LUISTERMANS, aka Herman Luisterman,
REALTY 1 REAL ESTATE SERVICES, LTD, an Ontario corporation,
1681071 ONTARIO INC., an Ontario corporation, which has changed its name to
Canadian Funding Limited,
NORTHERN CAPITAL INVESTMENTS LTD., an Ontario corporation,
2800 NORTH FLAGLER DRIVE UNITS 106-107 LLC, a Florida limited liability company,
ESTATE OF JUDITH HUTCHENS,
129 LAREN STREET INC., an Ontario corporation, a/k/a, 2141250 Ontario Inc.,
3415 ERRINGTON AVENUE INC., an Ontario corporation, a/k/a 2129974 Ontario Inc.,
367-369 HOWEY DRIVE INC., an Ontario corporation, a/k/a 1714530 Ontario Inc.,
3419 ERRINGTON AVENUE INC., an Ontario corporation, a/k/a 2129982 Ontario Inc.,
17 SERPENTINE STREET INC., an Ontario corporation, a/k/a 1714529 Ontario Inc.,
720 CAMBRIAN HEIGHTS INC., an Ontario corporation, a/k/a 2154461 Ontario Inc.,
331 REGENT STREET INC., an Ontario corporation, a/k/a 2126929 Ontario Inc.,
789 LAWSON STREET INC., an Ontario corporation, a/k/a 2128417 Ontario Inc.,
110-114 PINE STREET INC., an Ontario corporation, a/k/a 2173061 Ontario Inc.,
15-16 KEZIAH COURT INC., an Ontario corporation, a/k/a 2128412 Ontario Inc.,
193 MOUNTAIN STREET INC., an Ontario corporation, a/k/a 2141249 Ontario Inc.,
625 ASH STREET INC., an Ontario corporation, a/k/a 2128413 Ontario Inc., and
364 MORRIS STREET INC., an Ontario corporation, a/k/a 2119821 Ontario Inc.,
SANTAN PROPERTY MANAGEMENT INC.,

101 SERVICES ROAD INC.,
146 WHITAKER STREET INC., an Ontario corporation, and
1697030 ONTARIO INC.,
JBD HUTCHENS FAMILY HOLDINGS INC., an Ontario corporation, a/k/a 2129981 Ontario Inc.,
JBD HOLDINGS, and
1539006 ONTARIO INC.

      Defendants.

## ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **two-week jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 8, 2013 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **March 15, 2013 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 1st day of February, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge