IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: February 1, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01012-RBJ-KLM

*Parties*:                                          *Counsel*:

CGC HOLDING COMPANY, LLC,              John Head
CRESCENT SOUND YACHT CLUB,
LLC,
HARLEM ALGONQUIN LLC, and
JAMES T. MEDICK,

    Plaintiffs,

v.

SANDY HUTCHENS,                        Brett M. Wendt
TANYA HUTCHENS,                        Michael E. Bonifazi
JENNIFER HUTCHENS,
CANADIAN FUNDING CORPORATION,
308 ELGIN STREET INC.,
FIRST CENTRAL MORTGAGE
FUNDING INC.,
FIRST CENTRAL HOLDINGS INC.
ALVIN MEISELS,
BLANEY MCMURTRY LLP,                   Heather K. Kelly
H. JAN LUISTERMANS, and                John M. Palmeri
REALTY 1 REAL ESTATE SERVICES          Daniele W. Bonifazi
LTD.

    Defendants.                        Scott Sandberg for dismissed Defendants
                                       Ronald Gache and Broad and Cassel.

**COURTROOM MINUTES**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:** 1:29 p.m.

Court calls case.  Appearances of counsel.

Discussion regarding initial disclosure deadline.

**ORDERED:**  Motion for Leave to Amend Complaint Doc.# [157] is GRANTED.

**ORDERED:**  Plaintiffs' Motion for Extension of Time to Respond to Luistermans Motion to Dismiss Doc.# [160] is GRANTED.

**ORDERED:**  Plaintiffs' Motion for Extension of Time to Respond to Luistermans Motion to Dismiss Doc.# [162] is GRANTED.

Argument from Mr. Palmeri and Mr. Head regarding Defendants Alvin Meisels' and Blaney McMurtry LLP's Motion for Certification of Order for Interlocutory Review Doc.# [161].

**ORDERED:**  Responses to Plaintiffs' Motion to Certify Class and Appoint Class Counsel Doc. #[6] are due no later than **September 28, 2012.**  Reply due no later than **October 19, 2012.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings: **October 1, 2012.**

Deadline for Joinder of parties: **June 1, 2012.**

Discovery Cut-off: **November 1, 2012.**

Dispositive Motions deadline: **November 30, 2012.**

Response to Dispositive Motions deadline: **December 28, 2012.**  Reply deadline is **January 11, 2013.**

Plaintiffs shall designate Class Certification and Trial experts **on or before August 31, 2012.**

Defendants shall designate Class Certification and Trial experts **on or before September 28, 2012.**

Parties shall designate rebuttal experts **on or before October 19, 2012.**

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE**  is set for **March 15, 2013 at 1:30 p.m.**

The parties anticipate a ten day jury trial.

**JURY TRIAL** is set for **April 8, 2013 at 9:00 a.m.**

**ORDERED:**  Plaintiff to file a revised scheduling order reflecting the changes made on the record during this proceeding.

HEARING CONCLUDED.
**Court in recess:       2:17 p.m.**
Total time in court:    00:48