IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera           Date: February 1, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01012-RBJ-KLM

| *Parties*: | *Counsel*: |
|---|---|
| CGC HOLDING COMPANY, LLC, CRESCENT SOUND YACHT CLUB, LLC, HARLEM ALGONQUIN LLC, and JAMES T. MEDICK, | John Head |
| Plaintiffs, | |
| v. | |
| SANDY HUTCHENS, | Brett M. Wendt |
| TANYA HUTCHENS, | Michael E. Bonifazi |
| JENNIFER HUTCHENS, CANADIAN FUNDING CORPORATION, 308 ELGIN STREET INC., FIRST CENTRAL MORTGAGE FUNDING INC., FIRST CENTRAL HOLDINGS INC. ALVIN MEISELS, | |
| BLANEY MCMURTRY LLP, | Heather K. Kelly |
| H. JAN LUISTERMANS, and | John M. Palmeri |
| REALTY 1 REAL ESTATE SERVICES LTD. | Daniele W. Bonifazi |
| Defendants. | Scott Sandberg for dismissed Defendants Ronald Gache and Broad and Cassel. |

**COURTROOM MINUTES**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:**    1:29 p.m.

Court calls case.  Appearances of counsel.

Discussion regarding initial disclosure deadline.

**ORDERED:**  Motion for Leave to Amend Complaint Doc.# [157] is GRANTED.

**ORDERED:**  Plaintiffs' Motion for Extension of Time to Respond to Luistermans Motion to Dismiss Doc.# [160] is GRANTED.

**ORDERED:**  Plaintiffs' Motion for Extension of Time to Respond to Luistermans Motion to Dismiss Doc.# [162] is GRANTED.

Argument from Mr. Palmeri and Mr. Head regarding Defendants Alvin Meisels' and Blaney McMurtry LLP's Motion for Certification of Order for Interlocutory Review Doc.# [161].

**ORDERED:**  Responses to Plaintiffs' Motion to Certify Class and Appoint Class Counsel Doc. #[6] are due no later than **September 28, 2012.**  Reply due no later than **October 19, 2012.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings: **October 1, 2012.**

Deadline for Joinder of parties: **June 1, 2012.**

Discovery Cut-off: **November 1, 2012.**

Dispositive Motions deadline: **November 30, 2012.**

Response to Dispositive Motions deadline: **December 28, 2012.**  Reply deadline is **January 11, 2013.**

Plaintiffs shall designate Class Certification and Trial experts **on or before August 31, 2012.**

Defendants shall designate Class Certification and Trial experts **on or before September 28, 2012.**

Parties shall designate rebuttal experts **on or before October 19, 2012.**

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE**  is set for **March 15, 2013 at 1:30 p.m.**

The parties anticipate a ten day jury trial.

**JURY TRIAL** is set for **April 8, 2013 at 9:00 a.m.**

**ORDERED:**   Plaintiff to file a revised scheduling order reflecting the changes made on the record during this proceeding.

HEARING CONCLUDED.
**Court in recess:      2:17 p.m.**
Total time in court:    00:48