IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK; on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham; *et al.*,

      Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER DIRECTING DISSEMINATION OF NOTICE OF CLASS CERTIFICATION [ECF NO. 544]

---

Plaintiffs having filed a Motion ("Motion") seeking an order directing Plaintiffs to disseminate notice of the Court's March 4, 2013 decision certifying a Class in this matter (Dkt. No. 406) ("Motion"), and approving the form of Notice attached as Exhibit A to Plaintiffs' Motion; the Court being advised that Defendants do not oppose Plaintiffs' Motion; and the Court having read and considered the Motion and the accompanying documents,

**IT IS HEREBY ORDERED** that:

The Court finds that the content of the Notice of Pendency of Class Action, which is attached as Exhibit A to Plaintiffs' Motion, and the manner of providing notice to members of the Class as set forth in the Motion, provides the best practicable notice to members of the Class

and satisfies the requirements of Civil Rule 23(e)(1), due process, and any other applicable law. The Notice shall be mailed, first class postage prepaid, by Plaintiffs at Plaintiffs' expense to members of the Class within fourteen (14) calendar days after the date of this Order. The Notice shall be in a form and content substantially similar to Exhibit A to the Motion. Any requests for exclusion from the Class shall be made within forty-five (45) days of the date the Notice is mailed to the Class, and shall be deemed made on the date they are hand delivered, or postmarked, first class, prepaid, to the Court and to Plaintiffs' Counsel, all as set out in the Notice. Not later than sixty (60) calendar days after the Notice is mailed to the Class, Plaintiffs shall file an appropriate affidavit showing compliance with the notice provisions of this Order, and identifying any Class Members who have requested exclusion.

DONE and ORDERED this 29th day of June, 2015.

BY THE COURT:

_____
Judge R. Brooke Jackson
United States District Court Judge