IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 11-cv-01012-RBJ | Date: August 5, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| Parties | Counsel *(listed only once even if representing more than one party)* |
|---|---|
| CGC HOLDING COMPANY LLC<br>CRESCENT SOUND YACHT CLUB LLC<br>HARLEM ALGOQUIN LLC<br>JAMES T. MEDICK<br>**Plaintiffs**<br><br>v.<br><br>SANDY HUTCHENS<br>TANYA HUTCHENS<br>JENNIFER HUTCHENS<br>CANADIAN FUNDING CORPORATION<br>308 ELGIN STREET INC<br>FIRST CENTRAL MORTGAGE FUNDING INC<br>FIRST CENTRALS HOLDINGS INC<br>ALVIN MEISELS<br>H. JAN LUISTERMANS<br>REALTY 1 REAL ESTATE SERVICE LTD<br>1681071 ONTARIO INC<br>NORTHERN CAPITAL INVESTMENTS LTD<br>2800 NORTH FLAGLER DRIVE UNITS 106-107 LLC<br>ESTATE OF JUDITH HUTCHENS<br>129 LAREN STREET INC<br>3415 ERRINGTON AVENUE INC<br>367-369 HOWEY DRIVE INC<br>3419 ERRIGNTON AVENUE INC<br>17 SERPENTINE STREET INC<br>720 CAMBRIAN HEIGHTS INC<br>331 REGENT STREET INC<br>789 LAWSON STREET INC<br>110-114 PINE STREET INC<br>15-16 KEZIAH COURT INC | *John F. Head*<br>*Keven P. Roddy*<br>*Scott R. Shepherd*<br><br><br><br><br><br><br><br><br><br>*Heather Kelly* |

    193 MOUNTAIN STREET INC
    625 ASH STREET INC
    364 MORRIS STREET INC
    SANTAN PROPERTY MANAGEMENT INC
    101 SERVICES ROAD INC
    146 WHITAKER STREET INC
    1697030 ONTARIO INC
    JBD HUTCHENS FAMILY HOLDINGS INC
    JBD HOLDINGS
    1539006 ONTARIO INC
        **Defendants**

## COURTROOM MINUTES

**FAIRNESS HEARING**

Court in Session:  10:00 a.m.

Appearance of counsel.  Jim Kilroy present on behalf of previously dismissed defendants that are subject of the motion at ECF No. 553.

Discussion held on jurisdiction.

The Court states its findings and conclusions of law.

**ORDERED:** **[553] Joint Motion of Plaintiffs and Defendants Broad and Cassel, Carl Romano and Ronald Gache for Final Approval of Class Settlement, Entry of Final Judgment, Approval of Plan of Distribution, Award of Attorneys' Fees, and Supporting Memorandum is GRANTED, written order to issue.**

Court in Recess:  10:25 a.m.   Hearing concluded.   Total time in Court:  00:25