**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.11-cv-01012-RBJ-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company; CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company; HARLEM ALGONQUIN LLC, an Illinois limited liability company; and JAMES T. MEDICK; on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham; et al.,

    Defendant.

---

**Order on Amended Motion for Modification of Stipulated Protective Order and Amendment to Stipulated Protective Order**

---

This matter comes before the Court on Former Defendant Blaney McMurtry, LLP ("Blaney,") and opt-out Plaintiff, OCD Telluride, LLC (OCD) Amended Unopposed Motion for Modification of Stipulated Protective Order. ECF No. 568.

The Court, having reviewed the Motion and being fully advised, GRANTS the Motion.

The Court's Stipulated Protective Order in this case [Dkt. No. 412], is hereby AMENDED to include the following provision:

Notwithstanding any provision in the Stipulated Protective Order [Dkt No. 412] to the contrary and only as required to satisfy its discovery and disclosure obligations in *OCD Telluride, LLC v. Blaney McMurtry LLP*, Civil Action No. 13-cv-02584-KMT (D. Colo.) (hereinafter the "OCD Lawsuit") the Parties may produce to OCD in the OCD Lawsuit documents produced by any Party in this lawsuit and designated as "Confidential Information," so long as such documents continue to be treated as "Confidential Information" under the Stipulated Protective Order entered in this case. Additionally, Blaney and OCD may use "Confidential Information" produced to them by parties in this lawsuit in the OCD Lawsuit, so long as such documents are otherwise treated in the OCD Lawsuit as "Confidential Information," as set forth in the Stipulated Protective Order.

DONE and ORDERED this 1st day of October, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States Judge