IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK; on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham; et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Accept Untimely Filing of Hutchens Defendants' Response to Plaintiffs' Motion to Compel and for Sanctions** [#575] (the "Motion"). Defendants' Response to Plaintiffs' Motion for Sanctions Against the Hutchens Defendants and Motion to Compel Discovery from Defendant Sandy Hutchens [#564] was filed at 1:40 a.m. on October 21, 2015, one hour and forty minutes late.

    IT IS HEREBY **ORDERED** that the Motion [#575] is **GRANTED**. Defendants' Response to Plaintiffs' Motion for Sanctions Against the Hutchens Defendants and Motion to Compel Discovery from Defendant Sandy Hutchens [#564] is accepted as timely filed.

    Dated:  October 22, 2015