IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company;
CRESCENT SOUND YACHT CLUB, LLC, a Florida limited liability company;
HARLEM ALGONQUIN LLC, an Illinois limited liability company; and
JAMES T. MEDICK; on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham; et al.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Hutchens Defendants' **Unopposed Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Sanctions Against Hutchens Defendants and Motion to Compel Discovery from Defendant Sandy Hutchens** [#584] (the "Motion"). The parties agree that there were issues raised in Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Sanctions Against the Hutchens Defendants and Motion to Compel Discovery from Defendant Sandy Hutchens [#582], filed on November 9, 2015, which the Hutchens Defendants should have an opportunity to address. The Hutchens Defendants included a draft version of a Sur-Reply [#584-1] with the present Motion [#584].

    IT IS HEREBY **ORDERED** that the Motion [#584] is **GRANTED**. The Hutchens Defendants may file a finalized version of their Sur-Reply **on or before November 17, 2015**.

    Dated: November 13, 2015