IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 11-cv-01012-RBJ | Date: November 19, 2015 |
|---|---|---|
| Courtroom Deputy: | Deborah Hansen | Court Reporter: Kara Spitler |
| | | Time: 58 minutes |

| *Parties* | *Counsel* |
|---|---|
| CGC HOLDING COMPANY, LLC, et al., | *Scott Shephard* |
| | *Kevin Roddy* |
| **Plaintiffs,** | |
| v. | |
| SANDY HUTCHENS, et al., | *Steven Klenda* |
| | *Heather Kelly* |
| | *John Palmeri* |
| **Defendants.** | |

### COURTROOM MINUTES

**FAIRNESS HEARING**

Court in Session: 09:11 a.m.

Appearances of counsel.

Court's comments

Argument/Discussion

Court's findings, conclusions and orders entered on the record.

**ORDERED:** The Joint Motion of Plaintiffs and Defendant Alvin Meisels for Final Approval of Class Settlement, Entry of Final Judgment, Approval of Plan of Distribution and Award Of Attorneys' Fees [588] is GRANTED.

Discussion

Counsel tell the court they will confer and submit a proposed order regarding the one opt-out, Michael Buono, who is withdrawing that opt-out.

Argument/Discussion

10:00  Court in Recess
10:27  Court in Session

Court's comments

Argument/Disscussion

The parties will submit a proposed Amended Scheduling Order.

**ORDERED:** **The trial set April 11, 2016 and Final Trial Preparation Conference set December 10, 2015 are VACATED.**

**ORDERED:** **A ten-day jury trial is set for June 13 thru June 24, 2016 at 9:00 a.m.**

**ORDERED:** **A Final Trial Preparation Conference is set for May 19, 2016 at 9:00 a.m., for a half day.**

**Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists. Parties are to be prepared to discuss jury instructions and any disputed pretrial matters.**

Court in Recess: 10:36 a.m.
Hearing concluded.