IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01012-RBJ-KLM

CGC HOLDING COMPANY, LLC, a Colorado limited liability company, et al,

    Plaintiffs,

v.

SANDY HUTCHENS, a/k/a Fred Hayes, a/k/a Moishe Alexander, a/k/a Moshe Ben Avraham; et al,

    Defendants.

## ORDER

Upon Consideration of Plaintiffs' Motion to Approve the Claims Administrator's Recommendations for Distributing the Proceeds of the Settlement ("Settlement") [ECF No. 638] between Plaintiffs and Defendants Broad and Cassel, Carl Romano and Ronald Gaché, Plaintiffs' Motion is hereby GRANTED.

Plaintiffs are authorized to distribute the Settlement proceeds in accord with the Claims Administrator's recommendations, and to pay the Claims Administrator its fees and expenses incurred.

DATED this 29th day of January, 2016.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge