IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 11-cv-01012-RBJ-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: February 8, 2016 | Courtroom Deputy: Laura Galera |

*Parties:*  *Counsel:*

CGC HOLDING COMPANY, LLC, ET AL.,   Kevin Roddy
                                    Scott Shepherd

    Plaintiffs,

v.

SANDY HUTCHENS, ET AL.,   Steven Klenda
                          Geoffrey Blue

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 8:36 a.m.**
Court calls case. Appearances of counsel.

Counsel are instructed that, except as ordered below, any further pleadings regarding this issue will be stricken and not considered by the Court.

Argument by Mr. Roddy and Mr. Klenda regarding Plaintiffs' Motion for Sanctions Against the Hutchens Defendants and Motion to Compel Discovery From Defendant Sandy Hutchens [#564].

**ORDERED:** Plaintiffs may file their response to [#644-1] **no later than February 16, 2016. The response shall not exceed ten double-spaced pages.** Both parties may submit any portions of the transcript of Mr. Lapedus' deposition testimony they wish to rely on.

**ORDERED:** Plaintiffs' Motion for Sanctions Against the Hutchens Defendants and Motion to Compel Discovery From Defendant Sandy Hutchens #[564] is TAKEN UNDER ADVISEMENT.

HEARING CONCLUDED.
**Court in recess**:    **9:41 a.m.**
Total time in court:   01:05

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.