IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 11-cv-01012-RBJ | Date: May 12, 2016 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| CGC HOLDING COMPANY LLC<br>CRESCENT SOUND YACHT CLUB LLC<br>HARLEM ALGOQUIN LLC<br>JAMES T. MEDICK<br>**Plaintiffs** | *Keven P. Roddy*<br>*Scott R. Shepherd* |
| v. | |
| SANDY HUTCHENS *et al.*<br>**Defendants** | *Steven A. Klenda* |

## COURTROOM MINUTES

**TELEPHONE HEARING ON MOTION TO CONTINUE**

Court in Session: 2:29 p.m.

**ORDERED:** [696] Defendants' Unopposed Motion to Continue Trial Date is GRANTED.

> **TWO WEEK JURY TRIAL** is reset for April 10, 2017 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
>
> [698] Defendants' Motion to Renew and Reset Briefing Schedule on their Previously-Filed Motions in Limine is DENIED.

Court in Recess: 2:40 p.m.     Hearing concluded.     Total time in Court: 00:11